# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACQUELINE ANNE WINNE,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **NO. 16-3908** |
| | : | |
| **NANCY A. BERRYHILL,**[1] Acting | : | |
| **Commissioner of Social Security,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 10th day of January, 2018, upon independent consideration of the plaintiff's request for review and the defendant's response thereto (Doc. Nos. 9 and 12), and after review of the thorough and well-reasoned Report & Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report & Recommendation is APPROVED and ADOPTED.

2. The plaintiff's request for review is GRANTED.

3. The decision of the Commissioner of the Social Security Administration is REVERSED, and the matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g), consistent with the Report & Recommendation.

4. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.

---

[1] Nancy A Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ms. Berryhill should be substituted Carolyn Colvin as the defendant in this action. No further action need be taken to continue this suit pursuant to section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).